**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **AWAI, LLC** | **PLAINTIFF/COUNTER DEFENDANT** |
| **VS.** | **CIVIL ACTION NO.: 3:17-CV-00523** |
| **HERITAGE-CRYSTAL CLEAN, LLC & FCC ENVIRONMENTAL, LLC** | **DEFENDANTS/COUNTER PLAINTIFFS** |

**NOTICE OF DEPOSITION**

Please take Notice that the Plaintiff/Counter Defendant by and through their undersigned counsel of record, will take the deposition of David Grigsby, on October 25, 2017 at the law offices of Bradley Arant Boult Cummings LLP, located at Suite 400, One Jackson Place, 188 East Capitol Street, Jackson, MS 39201 beginning at 9:30 a.m., and continuing from day to day until completed. Said deposition shall be taken by an official court reporter or some other person duly authorized to administer oaths.

You are hereby invited to attend and participate as you deem appropriate.

                                                      s/David W. Dogan_____
                                                      David W. Dogan, III
                                                      MSBN 6143
                                                      *Attorney for Plaintiff/Counter Defendant*

**OF COUNSEL:**

DOGAN & WILKINSON, PLLC
The Plaza Building, Suite 800
120 North Congress Street
Jackson, MS 39201
Telephone: (601) 351-3200
Facsimile: (601) 351-3232
ddogan@dwpllc.com

## **CERTIFICATE OF SERVICE**

      Comes now David W. Dogan III, Attorney for Plaintiff/Counter Defendant, AWAI, LLC, and certifies that I have this day served the foregoing, to the all counsel of record via the Court's MEC filing system and/or U.S. Mail, postage prepaid:

      This the 20th day of October, 2017.

                                                    s/David W. Dogan_____
                                                    David W. Dogan III